UNITED STATE S BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov
X ___FIRST____ **Amended** Plan (indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (indicate 1st, 2nd, etc. amended, if applicable)

**CASE NO: 14-32045-BKC-LMI**

DEBTOR: **AMPARO D. DONNEYS**
SS#: xxx-xx-6038

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan
A.        $150.00 for month 1 to 36; In order to pay the following creditors:

| | | | | |
|---|---|---|---|---|
| Administrative: | Attorney's Fee | $3,500.00 | | |
| Attorney's Fee Paid | $1,405.00 | | | |
| | Balance Due | $2,095.00 | **payable** | **$130.93/month (Months 1 to 16)** |

Secured Creditors:[Retain Liens Pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Payoff Amount: Value of Collateral | Rate of Interest | Plan Payment | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11U.S.C §507]

Unsecured Creditors: **Pay $4.07/month (Months 1 to 16) and $135.00/month (Months 17 to 36).**
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1.         The Debtor is pursuing a short sale outside the chapter 13 plan for the property located at 31 SE 5th Street, APT 180., Miami Florida 33131 with CitiMortgage, Account #0654726991-7. The Debtor does not waive any rights in the foreclosure matter. She does not waive any rights regarding retaining this property.
2.         The Debtor is current with Brickell on the River and would like to keep outside the chapter 13 plan.
3.         The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I Amparo D. Donneys declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____/s/_____
Amparo D. Donneys
Date: 1/9/15